917 A.2d 784

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JOANN SATORIUS, DEFENDANT–PETITIONER.

February 15, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Pierce* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).

917 A.2d 784

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ARNOLD M. SHOOBS, DEFENDANT–PETITIONER.

February 15, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reinstate defendant's notice of appeal and to consider the appeal on the merits, including all motions that were dismissed as moot when defendant's appeal was dismissed.

917 A.2d 784

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JIMMIE SINGLETON, DEFENDANT–PETITIONER.

February 15, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).